### Valerie H. SAKS, Plaintiff-Appellant,

v.

### AIR FRANCE, a corporation, et al., Defendants-Appellees.

No. 83–1625.

United States Court of Appeals, Ninth Circuit.

May 7, 1985.

Prior report: 724 F.2d 1383 (9th Cir. 1984).

Before WALLACE, SCHROEDER, and FERGUSON, Circuit Judges.

### ORDER

Pursuant to the judgment of the United States Supreme Court of March 4, 1985, —— U.S. ——, 105 S.Ct. 1338, 84 L.Ed.2d 289, the matter is remanded to the District Court for entry of judgment in accordance with the opinion of the United States Supreme Court.

* The Honorable Robert P. Aguilar, United States District Judge for the Northern District of Cali-

■

### A. Lamar BYRD, Plaintiff-Appellee,

v.

### DEAN WITTER REYNOLDS, INC., a Delaware corporation, Defendant-Appellant.

No. 83–5736.

United States Court of Appeals, Ninth Circuit.

May 8, 1985.

### ORDER

Before GOODWIN and TANG, Circuit Judges, and AGUILAR *, District Judge.

This case is remanded to the district court for further proceedings in conformity with the opinion of the United States Supreme Court in *Dean Witter Reynolds Inc. v. Byrd,* —— U.S. ——, 105 S.Ct. 1238, 84 L.Ed.2d 158 (1985).

■

v.

### ORDER

Before CHOY, PREGERSON, and REINHARDT, Circuit Judges.

fornia, sitting by designation.